1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Telephone: 510-763-9967
   Facsimile:  510-380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ZURI OZEOMACHUKWU NJOKU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR 4:24-cr-00056-AMO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER (AS MODIFIED) AND STIPULATION TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| ZURI OZEOMACHUKWU NJOKU, | ) | |
| Defendant. | ) | |

Defendant Zuri Ozeomachukwu Njoku, by and through her counsel of record Randy Sue Pollock, hereby requests that she be permitted to travel to Honolulu, Hawaii from April 11-April 12, 2024. This travel is to a wedding.

Assistant United States Attorney Chris Kaltsas and the Office of Pretrial Services have no objection to this travel.

Date:  March 24, 2024                                    Respectfully submitted,


                                                         /s/_____
                                                         RANDY SUE POLLOCK
                                                         Counsel for ZURI NJOKU

Date: March 24, 2024                                            /s_____
                                                                CHRIS KALTSAS
                                                                Assistant United States Attorney

**ORDER (AS MODIFIED)**

IT IS SO ORDERED THAT the Defendant's request to permit her to travel to Honolulu, Hawaii from April 11- April 12, 2024 is granted. Defendant must provide her pretrial service officer with her itinerary at least 48 hours prior to departure. All other conditions of pretrial release shall remain in effect.

IT IS SO ORDERED AS MODIFIED.

Dated: March 26, 2024

_____
HONORABLE DONNA M. RYU
Chief, United States Magistrate Judge