1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Telephone: 510-763-9967
   Facsimile:  510-380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ZURI OZEOMACHUKWU NJOKU

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

OAKLAND DIVISION

9

10

| UNITED STATES OF AMERICA, | ) | **CR. 24-0056-AMO [DMR]** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER (AS MODIFIED) AND STIPULATION  TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| ZURI OZEOMACHUKWU NJOKU, | ) | |
| Defendant. | ) | |
| _____ | ) | |

17

18        Defendant Zuri Ozeomachukwu Njoku, by and through her counsel of record Randy Sue

19  Pollock, hereby requests that she be permitted to travel to Houston, Texas from May 3-5, 2024, to visit

20  family.

21        Assistant United States Attorney Chris Kaltsas and the Office of Pretrial Services have no

22  objection to this travel.

23

24  Date:  April 28, 2024                                    Respectfully submitted,

25

26                                                         /s/_____
                                                           RANDY SUE POLLOCK
27                                                         Counsel for ZURI NJOKU

28

Date:  April 28, 2024

/s_____
CHRIS KALTSAS
Assistant United States Attorney

SO ORDERED.  It is further ordered that the Defendant must provide a detailed itinerary to Pretrial Services before departure.

IT IS SO ORDERED AS MODIFIED.

Date:  April 30, 2024

_____
HONORABLE DONNA M. RYU
Chief, United States Magistrate Judge