| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | CYNTHIA JOHNSON (CABN 328932)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | Cynthia.Johnson@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 24-0056 AMO |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| ZURI OZEOMACHUKWU NJOKU, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Zuri Ozeomachukwu Njoku.

DATED: March 25, 2025                                    Respectfully submitted,

                                                         PATRICK D. ROBBINS
                                                         Acting United States Attorney


                                                         */s/ Martha Boersch*
                                                         MARTHA BOERSCH
                                                         Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 24-0056 AMO                                                                    v. 8/4/2021

1   Leave is granted to the government to dismiss the Information against Zuri Ozeomachukwu
2   Njoku.
3
4
5   Date: _____
                                                    _____
6                                                   HON. ARACELI MARTINEZ-OLGUIN
                                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28