UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 31, 2025     **Time:** 1:19-1:21 = 2 minutes    **Judge:** ARACELI MARTINEZ-OLGUIN

**Case No.**: 24-cr-00056-AMO-1     **Case Name:** United States of America v. Zuri Ozeomachukwu Njoku

**Attorney for Government:** Cynthia Johnson
**Attorney for Defendant:** Randy Sue Pollock
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Jenny Galang     **Liberty Recording:** 1:19 – 1:21
**Interpreter:** n/a     **Probation Officer:** n/a

## PROCEEDINGS

Status Conference – Held.

Defendant moved to withdraw the March 18, 2024 guilty plea.  The Court GRANTED defendant's Motion, and the plea was vacated. The Government then moved to dismiss the Information pending against the defendant.  The Court GRANTED the motion, and the case was dismissed.